| Return | | |
|---|---|---|
| Case No.: 22 MJ 32 | Date and time warrant executed: 03/15/2022 10:56 am | Copy of warrant and inventory left with: Erik Schell |
| Inventory made in the presence of: Detective Brian Judd, Sheboygan County Sheriff's Department. | | |

Inventory of the property taken and name of any person(s) seized:

1 - 1 yellow trailer hitch lock;
2 - 1 large red bolt cutter;
3 - 1 medium size black bolt cutter;
4 - 1 Sharper image dash camera, model #206463-01;
5 - 1 Wisconsin Department of Corrections ID card in the name of D.G. (initials).

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/15/22

*Executing officer's signature*

JAY D. JOHNSTON
FBI, SPECIAL AGENT
*Printed name and title*